| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | LANELL THOMPSON |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Arkansas (State) |
| Case Number: | 4:18-bk-12927 T |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Home Mortgage,

**Court claim no.** (if known): 8/11

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 8 6

**Property Address:** 1404 East O St.
Russellville, AR  72801

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**   Amount

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 5,080.07 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 5,080.07 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 1,000.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 1,000.00 |
| e. | Allowed postpetition arrearage: | (e) $ | -0- |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 6,080.07 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment      $    317.38

    The next postpetition payment is due on   07 / 01 / 2023
                                              MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **LANELL THOMPSON** | Case number *(if known)* | **4:18-bk-12927 T** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Joyce Bradley Babin  
Signature

Date 06/28/2023

Trustee: Joyce Bradley Babin

Address:  
Chapter 13 Standing Trustee  
P O Box 8064  
Little Rock, AR  72203-8064

Contact phone: (501) 537-2500

Email: htreasitti@13ark.com

| Debtor 1 | LANELL THOMPSON | Case number (if known) | 4:18-bk-12927 T |
|---|---|---|---|
| | Name | | |

## CERTIFICATE OF SERVICE

    I, Joyce Bradley Babin, do hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the debtor's attorney noted below through Notice of Electronic Filing (ECF) and to other parties listed below by U.S. Mail on June 28, 2023.

                                                              /s/ Joyce Bradley Babin
                                                          Joyce Bradley Babin
                                                          Standing Chapter 13 Trustee
                                                          Chapter 13 Standing Trustee
                                                          P O Box 8064
                                                          Little Rock, AR  72203-8064
                                                          (501) 537-2500

| | |
|---|---|
| LANELL THOMPSON<br>1404 East O Street<br>Russellville, AR  72801 | Jim Carfagno, Jr., P.A.<br>2000 W Main  Suite B<br>Russellville, AR  72801 |
| U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>3751 Airpark Mail Code CN-KY-APDC<br>Owensboro, KY  42301 | U.S. Bank National Bank c/o U.S. Bank Home Mortgag<br>a division of U.S. Bank N.A.<br>2800 Tamarack Road<br>Owensboro, KY  42301 |
| Albertelli Law<br>Attn: James McPherson, Esq.<br>1 Information Way<br>Suite 201<br>Little Rock, AR  72202 | Arkansas Development Finance Authority<br>c/o U.S. Bank<br>4801 Frederica St.<br>Owensboro, KY  42301 |
| Bonial & Associates, P.C.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX  75254 | |